# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN THE MATTER OF THE SEARCH OF:**

**LARRY JEWELL, a white male,** █████████
████████████████████████

CASE NO. _2:24-mj-154_____

## AFFIDAVIT IN SUPPORT OF SEARCH

## WARRANT

I, Jeffrey Kasza, Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state the following:

## INTRODUCTION

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search and obtain a Deoxyribonucleic Acid (DNA) sample from the person of Larry JEWELL, a white male, approximately 6'5" and 190 lbs, with ████████████████████████████ and FBI# 335913ED7. As set forth in this affidavit, this DNA sample may constitute and contain evidence of violations of federal firearms laws, to wit, 18 U.S.C. § 922(g)(1), possession of a firearm by a prohibited person.

2.      I am a Columbus, Ohio Division of Police (CPD) detective assigned as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed by the Columbus Division of Police since 2004. My responsibilities as a Task Force Officer include the investigation of violent criminal street gangs, narcotics and firearms traffickers, money launderers, and firearms-related crimes. I have participated in the execution of search warrants and arrests related to the above- referenced offenses. By virtue of my experience and training, I am familiar with residential search warrants. Throughout this

1

Affidavit, reference to "investigators" specifically refers to criminal investigators. As part of my duties as an ATF TFO, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations.

3.     This affidavit is intended to show that there is sufficient probable cause for the above-described search warrant and does not purport to set forth all my knowledge of, or investigation into, this matter. The facts and information contained in this affidavit are based on my personal knowledge, my training and experience, my interviews of various witnesses, including law enforcement personnel who participated in the investigation, and my review of certain records and documents.

4.     Based on my education, training, and experience, I know that skin, saliva, blood, and/or hair evidence left behind at a crime scene may contain a unique DNA profile that can sometimes be identified by forensic scientists when those scientists compare the evidence to a known standard.  I know that when individuals wear clothing or handle an item such as a firearm, they may leave behind secretions and/or skin cells that contain their unique DNA profile.  I also know from my education, training, and experience that oral swabs taken from an individual (buccal swab) will contain a known standard of that person's DNA profile.  This standard can then be compared to an unknown standard by a forensic scientist in an effort to identify the unknown DNA sample.

5.     Deoxyribonucleic acid (DNA) is genetic coding material which is unique to each individual.  Laboratory analysis of DNA material can establish whether material, such as

saliva, skin, hair, or blood came from a particular individual. Because DNA is sometimes left behind on physical items previously touched by a particular individual, DNA evidence can be useful, admissible evidence in demonstrating that a particular person was at one time in possession of a piece of evidence, present at a given location, or inside a particular vehicle.

6.  The items to be seized are DNA reference samples, using sterile swabs, (commonly referred to as buccal swabs) of DNA material of Larry JEWELL from the inside of the mouth and cheek, as more fully described in Attachment B. The evidence to be seized is to be taken from the person of Larry JEWELL, as more fully described in Attachment A.

7.  I also request, pursuant to this search warrant, permission and authorization to employ reasonable forceful means necessary to obtain the DNA reference sample, should JEWELL refuse to comply with this search warrant.

8.  I submit that that the totality of facts and circumstances included in this affidavit establishes probable cause to believe that evidence relating to a violation, or violations of: Title 18, United States Code, Section 922(g)(1), that is, possession of a firearm by a prohibited person, can be found as a result the collection of JEWELL's DNA.

## PROBABLE CAUSE

9.  On September 8, 2023, Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) Crime Intelligence Center (CGIC) Columbus Police Department (CPD) Task Force Officer (TFO) Jeff Kasza received information from a Confidential Source (CS) who stated that he/she had information about a shooting. This CS has supplied TFO Kasza with credible criminal information in the past that has led to numerous search warrants and felony charges on multiple individuals.

8. The CS stated that he/she had recently spoken with a "violent narcotics and firearms trafficker" named Larry JEWELL. Per the CS, JEWELL stated that on August 29, 2023, at approximately 5:00 am, he fired gunshots into 319 E. INNIS AVE. JEWELL stated he was targeting Christina BROWN and her crew out of a dispute. JEWELL stated that BROWN was selling narcotics out of 319 E. Innis Ave and knew she would not call the police to report the shooting. Larry JEWELL is further identified as follows: Larry L. JEWELL, a white male, approximately 6'5" and 190 lbs, with ████████████████████████ and FBI# 335913ED7.

9. The CS stated JEWELL is a large-scale narcotics trafficker who operates his narcotics business on the south side of Columbus, Ohio. The CS stated that he/she had witnessed JEWELL with large amounts of narcotics and numerous firearms on many occasions. The CS stated that JEWELL is a Konvicted Family gang member and brags about violent acts that he had committed in the past. The CS stated that JEWELL constantly posts firearms and large amounts of U.S. currency on his Facebook page, "Herekome TrouBble". The CS stated that JEWELL sells and purchases firearms and will also trade narcotics for firearms.

10. TFO Kasza performed a records check on the CPD Patrolview reporting system and found a ShotSpotter run that was reported on August 29, 2023, at 5:41 am in the area of 310 E. Innis Ave. The Patrolview run stated that 14 rounds were fired "high capacity" from the middle of the street. CPD Officers responded to the location and located six 5.56 caliber spent shell casings which were collected as evidence (CPD Report 230673517). CPD Officers turned in the spent 5.56 shell casings to the Columbus Police Crime Laboratory where they were entered into the National Intergraded Ballistics Information Network (NIBIN), NIBIN Case # CPCL-2023-5644A.

11.     TFO Kasza conducted a Facebook search of "Herekome TrouBble" and found a page that showed JEWELL listed as the profile picture.

12.     On August 31, 2023, at approximately 2:02 pm, JEWELL posted a Live video on his Facebook page.  TFO Kasza watched the video and could see JEWELL handling multiple firearms.  One of the firearms JEWELL was handling appeared to be an AR style pistol.  TFO Kasza knows through his training and experience that AR style pistols commonly accept 5.56 caliber live ammunition.  TFO Kasza could see JEWELL handling large stacks of U.S. currency.  TFO Kasza could also see JEWELL was wearing a gold chain that had a "KF" pendant.  TFO Kasza knows through his training and experience that "KF" stands for Konvicted Family, a gang that was started in the prison system.  Below are multiple screen shots taken from the posted video.





13.     TFO Kasza conducted a search of Facebook for Christina BROWN.  TFO Kasza found a Facebook profile in the name "Christina Elizabeth" that showed a picture of Christina BROWN as the profile photo.  TFO Kasza found a post on BROWN's Facebook that talked about the shooting into her home.

14.     On September 14, 2023, TFO Kasza caused a query of the National Crime Information Center (NCIC) relating to JEWELL. On July 19, 2010, JEWELL was convicted of Aggravated Assault, 2903.12 O.R.C.  On February 22, 2013, JEWELL was convicted of Engaging in a Pattern of Corrupt Activity, 2923.32 O.R.C.  On June 8, 2017, JEWELL was convicted of Possession of Drugs, 2925.11 O.R.C.  TFO Kasza recognizes that the aforementioned convictions prohibit JEWELL from possessing firearms pursuant to Title 18 U.S.C. §922(g)(1).  TFO Kasza also recognizes that JEWELL is prohibited from possessing a firearm pursuant to 2923.13 of the Ohio Revised Code (ORC).

15.     TFO Kasza searched JEWELL's name in the CPD reporting system. TFO Kasza found that on October 17, 2022, CPD Officers were dispatched on a menacing report. CPD Officers arrived at scene and were met by the victim. The victim stated that Larry JEWELL pointed a gun at him and threatened to shoot and kill that victim. The victim stated he believed that his life was in danger and believed that JEWELL was going to shoot him. The victim ran and called the police to report the incident.

CONFIDENTIAL SOURCE (CS2)

16.     On September 26, 2023, ATF TFO Kasza received information from a Confidential Source (CS2) who stated that he/she had information about JEWELL. CS2 provided information to TFO Kasza that has been verified by previous information supplied by other investigators and confidential sources of information.

17.     CS2 stated that he/she was inside of 319 E. Innis Ave on August 29, 2023, at approximately 5:40 am when the home was struck by gunfire. CS2 stated that when the incident happened, he/she did not know who was responsible for the shots fired at the location.

18.     On or about September 20, 2023, CS2 stated that he/she was driving on E. Innis Ave when a silver vehicle went around his/her vehicle and began shooting at his/her vehicle. CS2 stated that his/her vehicle got struck by multiple bullets. CS2 stated that he/she did not see who was in the silver vehicle and stated that they were not sure of a make or model of the vehicle. CS2 stated that he/she did not make a police report.

19.     On September 22, 2023, CS2 stated that he/she was driving in a vehicle with a male that goes by the street name of "Big Man" and a male named Jordan. CS2 stated that he/she pulled into the gas station located at S. High St and E. Woodrow Ave. CS2 stated that he/she was followed into the parking lot by a black male that goes by the street name "T". CS2

stated that "T" was driving a beat-up silver vehicle. CS2 stated that "T" exited the silver vehicle and pointed a rifle at the vehicle CS2 was in. CS2 stated that he/she fled the gas station parking lot and went to 319 E. Innis Ave. CS2 stated that "T" showed up in the same silver vehicle a few moments later and began shooting at the house. CS2 stated he/she fled in his/her vehicle during the shooting.

20.     On or about September 23, 2023, CS2 stated that he/she received a phone call from Larry JEWELL. JEWELL told CS2 that he was responsible for the shooting and that he was after "Big Man" and Jordan. CS2 stated that JEWELL made a statement that if CS2 gave JEWELL "Big Man", he would spare Jordan. CS2 stated that "T" sells narcotics for JEWELL and believes that "T" is being directed by JEWELL to kill "Big Man" and Jordan. CS2 stated that he/she is only giving the police this information because he/she believed that JEWELL will not stop until he gets "Big Man" and Jordan.

21.     TFO Kasza searched CPD reports and found that on September 20, 2023, at 11:19 pm there was a ShotSpotter Investigative Lead Summary Report that reported seventeen (17) rounds fired, high capacity in the area of 1762 S. 6th St. (ShotSpotter ID: 616-215518). CPD Officers responded to the location of the ShotSpotter alert and found fourteen (14) spent ".223R" shell casings in the intersection of E. Innis Ave and S. 6th St. A resident stated that after he heard the gunshots, he looked out of his window and saw a silver 4 door Honda Civic leaving north on S. 6th St at a high rate of speed. Officers did not locate any vehicles or structures that were struck by gunfire. CPD Officers collected the spent shell casings and turned in the spent shell casings to the Columbus Police Property Room.

22.     TFO Kasza searched CPD reports and found that on September 22, 2023, there were two ShotSpotter alerts in the area of 319 E. Innis Ave that came in seconds from each

other at 3:23 pm.  One ShotSpotter Investigative Lead Summary reported ten (10) rounds fired, high capacity (ShotSpotter ID: 616-215627) and the second ShotSpotter Investigative Lead Summary reported five (5) rounds fired (ShotSpotter ID: 616-215628).  CPD Officers responded to the location of the ShotSpotter alerts and found multiple locations had been struck by gunfire.  Investigators believe that two parties were shooting at each other.  CPD Crime Scene Search Unit responded and collected spent casings from the incident which were turned into the Columbus Police Property Room.  A male named Jordan LORING, ███████ was found to be at scene.

23.     TFO Kasza conducted a search of The NIBIN Enforcement Support System (NESS) and found that there was a NIBIN association made between the shooting that occurred on September 20, 2023, at the intersection of E. Innis Ave and S. 6th St. and the shooting that occurred on September 22, 2023, in the area of 319 E. Innis Ave. ".223R" caliber spent shell casings were recovered at both locations.  A NIBIN analysis of the two locations indicates a strong likelihood that they were discharged by the same .223 caliber firearm.

24.     TFO Kasza is familiar with a juvenile male that goes by the street name of "Big Man" who CS2 is referring to.

CPD ARREST- JEWELL

25.     On November 9, 2023, at approximately 3:11 pm, Columbus Police Officers were working routine patrol in the area Parsons Ave and E Morrill Ave. Officers observed a brown Cadillac SRX (bearing OH Tag HJN7886) parked near the intersection of E Morrill Ave and Lisle Alley.

26.     Officers observed JEWELL make eye contact with officers and walk towards the stated vehicle. Officers then observed JEWELL open the rear passenger-side door, reach

towards his waistband, and reach inside the vehicle and onto the rear passenger-side floorboard. Officers observed JEWELL then close the rear passenger-side door and distance himself from the vehicle. Officers observed a female, in the front passenger seat, and later positively identified her, via CPD Mugshots ID # 61749C, as Ashli CLARK.

27.     Officers approached the stated vehicle and observed a handgun, with a loaded extended magazine, in plain view on the rear passenger side floorboard. Officers detained JEWELL and CLARK.

28.     Officers recovered a Glock 45, 9mm from the rear passenger-side floorboard. Officers removed the loaded extended magazine and recovered thirty-one (31) live 9mm rounds from the magazine. Officers discovered one (1) additional live 9mm round in the chamber of the recovered Glock 45. Officers observed three (3) separate serial numbers located on the firearm: BLPX824, BXPV303, and BXZH913.  Investigators collected DNA swabs from the recovered firearm that were turned in as evidence.  The weapon identified above is a Glock, Model 45, 9mm pistol, bearing SN: BXPV803 (Frame) BLPX824 (Slide) and BXZH913 (Barrell) and is a weapon that will expel a projectile by the action of an explosion.  The frame of the weapon identified above was manufactured by Glock in Austria and imported into the United States into the state of Georgia. The weapon identified above was recovered by law enforcement officers in the State of Ohio.  This weapon was equipped with a magazine that was labelled as being able to hold thirty-one (31) rounds of ammunition.  It is the opinion of SA Benner that this firearm moved in/affected interstate/foreign commerce to arrive in the State of Ohio.

29.     CPD Records advised officers that CLARK had misdemeanor warrants for her arrest (Case # 21CRB5651 for Drug Abuse Instruments, and Case # 20TRD14419 for No Operator's License and Fail to Control).

30.     Officers told JEWELL he was under arrest for Having Weapons while Under Disability. Officers searched JEWELL, incident to arrest, and observed that JEWELL was wearing a camouflage Kevlar vest. JEWELL made an unsolicited comment that he was wearing the Kevlar vest in fear of being shot. Officers contacted CPD Gun Crimes Detective W. Hettinger #1834 who advised Officers to transport JEWELL and CLARK to CPD Headquarters to be processed and interviewed.

31.     The tag attached to the stated Cadillac returned, in LEADS, to a Hyundai. Due to the stated vehicle failing to display tags that properly return to the vehicle, Officers completed a parking citation (Parking Infraction 55 97370254) and arranged for the stated vehicle to be impounded to the City Impounded Lot for safe keeping.  The vehicle identification number of the 2011 brown Cadillac SRX was 3GYFNAEY5BS675641.

32.     CPD Gun Crimes Detective Hettinger read CLARK her Constitutional Rights and CLARK agreed to speak with Detective Hettinger.  During the interview, CLARK made statements that JEWELL has a storage unit and herself and JEWELL were in the process of taking the rest of JEWELL's property to the storage unit.  CLARK stated that she had never been to JEWELL's storage unit and did not know where it was located.  CLARK stated that JEWELL moved out of his current home and put his property at a storage unit.

33.     CPD Gun Crimes Detective Hettinger read JEWELL his Constitutional Rights and JEWELL agreed to speak with Detective Hettinger.  JEWELL stated that he had been shot in the leg a few months prior.  JEWELL stated that he was in the process of moving and the vehicle he was driving is filled with his stuff.  JEWELL stated he was taking his stuff to storage. JEWELL stated that he was wearing the bulletproof vest because he is "beefing" with some young kids that shot up his house.  JEWELL stated that he had some Glock magazines for a

11

10mm handgun and live ammunition in the Cadillac. JEWELL stated that the police did not take the ammo or 10mm Glock magazine and stated that they were his. JEWELL stated that he bought the bulletproof vest, 10mm Glock magazine and live ammunition from the Westland Gun Show.

34. Officers submitted the recovered firearm, magazines, live ammunition, and Kevlar vest to the CPD Property Room as evidence.

<u>EXECUTION OF STATE SEARCH WARRANT- CADILLAC SRX</u>

35. On November 13, 2023, TFO Kasza presented a state search warrant to Franklin County Municipal Court Judge Mike McAllister. At approximately 3:02 pm, Judge McAllister found probable cause and signed the state search warrant provided by TFO Kasza. At approximately 4:00 pm, ATF Investigators arrived at the CPD Impound Lot located at 2700 Impound Lot Rd, Columbus, Ohio, 43207 to execute the above search warrant. ATF Investigators located the 2011 Cadillac SRX in row 33.

36. ATF TFO Butterworth took photographs of the Cadillac, showing an accurate depiction of the vehicle prior to the search. Investigators located a camo bulletproof vest on the floor of the vehicle in front of the passenger's front seat. Investigators located an Apple iPhone, contained in a black and off-white case with a black pop socket, on the front passenger's seat.

37. Investigators located a black Glock gun case in the right rear passengers' seat of the vehicle. Investigators opened the black Glock gun case and located two (2) Glock 10mm firearm magazines and three (3) boxes of TULAMMO .223 ammunition, 20 cartridges per box. Two of the .223 ammunition boxes were full of 20 rounds and the third box contained 14 live rounds (Total of 54 live rounds). Investigators located four (4) live rounds of 9mm ammunition in the back seat of the vehicle.

38. Investigators located a storage unit business card in a black purse that was on the passenger's front seat. Listed on the storage unit card was the Gate Code Number 2481609 enter and the unit number listed as #248.

39. Investigators contacted the owner of the 2011 Cadillac SRX and returned the Apple iPhone, contained in a black and off-white case with a black pop socket, that was recovered from the front passenger's seat.

<u>EXECUTION OF STATE SEARCH WARRANT- EXTRA SPACE STORAGE</u>

40. On November 14, 2023, at approximately 9:30 am, TFO Hill and ATF SA Matt Behnfeldt arrived at Extra Space Storage located at 2087 S. Hamilton Rd. TFO Hill served Extra Space Storage with a state subpoena to obtain the current rental agreement for unit number 248. Extra Space Storage provided TFO Hill with the rental agreement for the unit. Unit 248 was rented in the name of Jonathan McCrary with a listed address of 484 Goshen Ct, Gahanna, Ohio. The listed emergency contact is listed as Ashli JEWELL with a contact number of 614-246-1609. On November 9, 2023, Ashli CLARK listed her home address as 484 Goshen Ct, Gahanna, Ohio and her phone number as 614-246-1609 when she was arrested by the Columbus Police Department. Extra Space Storage also confirmed that the gate code number 2481609 enter is specific to unit number 248. That gate code matches the gate code card that was located in the 2011 Cadillac SRX during the search warrant on November 13, 2023.

41. At approximately 9:45 am, TFO Kasza presented a state search warrant to Franklin County Municipal Court Judge Mike McAllister. At approximately 10:03 am, Judge McAllister found probable cause and signed the state search warrant provided by TFO Kasza. At approximately 10:05 am, ATF Investigators arrived at Extra Space Storage, Unit number 248, 2087 S. Hamilton Rd, Columbus, Ohio, to execute the above search warrant.

42.     ATF Investigators located a Masterpiece Arms, Defender 9mm pistol, SN: FX35841 with one live round in the chamber and an extended magazine that contained 17 live 9mm rounds.  ATF Investigators located a second Masterpiece Arms, Defender 9mm pistol, SN: FX28141.   Investigators also located a green Crown Royal bag full of live ammunition. Investigators counted 34 live rounds of miscellaneous ammunition and one box of TULAMMO .223 live ammunition (20 live rounds).  The box of TULAMMO matches the three boxes of TULAMMO .223 ammunition that was recovered out of JEWELL's Cadillac during the vehicle search warrant on November 13, 2023.  The weapons identified above, an MPA, Model 30 DMG, 9mm pistol, bearing SN: FX28141 and DMG, Model 30 DMG, 9mm pistol, bearing SN: FX35841 are weapons that will expel a projectile by the action of an explosion. The weapons identified above were manufactured in Georgia. The weapons identified above were recovered by law enforcement officers in the State of Ohio.  It is the opinion of SA Benner that these firearms moved in/affected interstate/foreign commerce to arrive in the State of Ohio.

43.     TFO Kasza reviewed NIBIN Enforcement Support System (NESS) Crime Gun 773-23-005390.  The recovered Masterpiece Arms, SN: FX35841 had a NIBIN association to a Toledo Police Department assault case that occurred on August 5, 2015.

CS CONTACT - JEWELL - 870 ALLISON DR

44.     ATF TFO Kasza received information from a CS who stated that he/she had information about JEWELL.  This CS has supplied TFO Kasza with credible criminal information in the past that has led to numerous search warrants and felony charges on multiple individuals. TFO Kasza has verified previous information supplied from this CS to be true.

45.     On November 25, 2023, at approximately 7:00 pm, the CS stated that he/she was in the area of 870 ALLISON DR, Columbus, Ohio, 43207.  The CS stated that he/she witnessed

a brown Cadillac SUV pull into and park in the driveway of 870 ALLISON DR.  The CS stated that he/she knew the brown Cadillac to be JEWELL's vehicle and had seen JEWELL in the Cadillac on numerous previous occasions.  The CS stated that he/she approached the Cadillac and could see that an unknown male black was the driver and JEWELL was the front seat passenger.  The CS stated that JEWELL had a large black rifle at his feet in the brown Cadillac.  The CS stated that JEWELL made a comment that people were trying to kill him and that is why he had his rifle.  The CS stated that the unknown male black driver entered and exited 870 ALLISON DR and then the drove off approximately 2 minutes after they arrived.

46.     TFO Kasza searched JEWELL's Cell Phone Ping location data and saw that on November 25, 2023, at approximately 7:37 pm, JEWELL's Cell Phone Ping location arrived in the area of 195 CURRIER DR, in Columbus, Ohio.

RECEIPT OF INFORMATION – FCSO – JEWELL

47.     On December 4, 2023, TFO Kasza, received information from Franklin County Sheriff's Office (FCSO) Special Investigations Unit (SIU) Sgt. James Jodrey about JEWELL.

48.     FCSO SIU Sgt. Jodrey informed TFO Kasza that on October 17, 2023, he used a covert Facebook account to message JEWELL.  Sgt. Jodrey stated he messaged JEWELL on his "Herekome TrouBble" Facebook account.  Sgt. Jodrey inquired about purchasing a handgun from JEWELL and provided JEWELL with a phone number Sgt. Jodrey could be contacted at.  JEWELL called Sgt. Jodrey from phone number (220) 228-4438 and stated that he had a handgun for sale.  JEWELL and Sgt. Jodrey set up a time to meet for JEWELL to sell him the handgun.  Sgt. Jodrey did not show up on the agreed time and date.

49.     On October 19, 2023, JEWELL called Sgt. Jodrey again and offered him a handgun for sale.  Sgt. Jodrey agreed to purchase the handgun from JEWELL, and they set up a

meeting for the next day. While Sgt. Jodrey had JEWELL on the phone, he asked JEWELL if he had a rifle for sale. JEWELL stated that his rifle was "his baby", and he was not getting rid of it. Sgt. Jodrey did not show up to meet JEWELL on the agreed time and date.

FEDERAL SEARCH WARRANT OF 195 CURRIER DR, APARTMENT B.

50.     On December 7, 2023, at approximately 10:35 am, the CPD INTAC Unit executed a federal search warrant at 195 CURRIER DR., Apartment B, in Columbus, Ohio, a residence where investigators believed JEWELL to be residing. CPD INTAC knocked and announced their presence. CPD INTAC made entry into 195 CURRIER DR., Apartment B and found two adult males, two adult females and one young child inside the residence. Once the location was deemed clear, CPD INTAC handed the location over to ATF Investigators. JEWELL and CLARK were located inside the northeast bedroom. A male, later identified as Raymond Clark, a female, later identified as Jessica Chapman, and a small child were located in the northwest bedroom.

51.     ATF Investigators located a black lockbox on the floor of the northeast bedroom. Investigators opened the unlocked lockbox and located suspected narcotics. Investigators could see a large clear plastic baggie of purple powder, multiple clear plastic baggies of white powder and other clear plastic baggies that appeared to contain suspected narcotics. Investigators know through their training and experience that narcotics dealers are commonly mixing color into their fentanyl prior to sale. Investigators also found numerous items and paperwork in the northeast bedroom bearing JEWELL's name. Investigators turned in the suspected narcotics to the Columbus Police Crime Laboratory for drug identification, CPD Laboratory Case CPCL-2023-07478.

52.     On February 8, 2024, TFO Kasza received CPD Drug Identification Report, Laboratory Case CPCL-2023-07478.  The Drug Identification Report identified 73.03 total grams of Fentanyl, 46.5446 total grams of Cocaine, and 0.317 total grams of Methamphetamine Cocaine were recovered from the black lockbox in the northeast bedroom.

53.     Investigators searched the northeast bedroom, JEWELL's bedroom, and located an Apple iPhone, contained in a black and off-white case with a black pop socket.  The iPhone was located on a plastic shelf.  Investigators placed the iPhone in airplane mode.  It should be noted that the recovered iPhone matched the iPhone that was recovered on November 13, 2023, during the execution of the search warrant on the 2011 Cadillac SRX that investigators returned to the owner of the Cadillac.  The iPhone was turned in as evidence to the Columbus ATF Field Office as EXHIBIT #000036.

RECORDED INTERVIEW- JEWELL

54.     On December 7, 2023, at approximately 3:22 pm, TFO Kasza and SA Benner conducted an interview of JEWELL who was found inside of 195 CURRIER DR, Apartment B during a search warrant execution.  JEWELL was transported to OSU East Hospital due to a complaint of injury prior to contact with ATF Investigators.  TFO Kasza and SA Benner conducted the interview of JEWELL at OSU East Hospital, room 27.

55.     TFO Kasza introduced himself and SA Benner to JEWELL.  Unsolicited, JEWELL immediately began to speak and stated that his car got shot up, his house got shot up and he got shot at.  JEWELL stated that he went to the gun show and got himself a vest. JEWELL stated that he called Chrissy Brown and asked her why he was getting shot at.

56.     TFO Kasza read JEWELL his Constitutional Rights from the CPD I-20 Constitutional Rights Form.  JEWELL stated he understood his rights and agreed to speak with

TFO Kasza.  JEWELL signed the Constitutional Rights form.  SA Benner witnessed the reading and signing of the Constitutional Rights.

57.     JEWELL stated that himself and Ashil CLARK had been living at 195 CURRIER DR, Apartment B since CLARK got released from jail.  TFO Kasza conducted a search of the Franklin County Sheriff's Jail Management System (FCS) and found that CLARK was released from Franklin County Corrections Center on November 15, 2023.  JEWELL stated that Raymond Clark was Ashli CLARK's brother.  JEWELL stated that they were paying $300.00 in rent to live at the listed location.

58.     TFO Kasza informs JEWELL that Investigators recovered drugs in his bedroom of 195 CURRIER DR, Apartment B.  JEWELL mumbles and makes a statement that "you know I'm on dope".  TFO Kasza asks JEWELL to identify what drugs Investigators found in his bedroom and JEWELL stated "coke, crack, my girl smokes crack, and I do fetti".  JEWELL states that the purple powder is probably fentanyl.  JEWELL stated that the off white color powder is fentanyl.  JEWELL stated that the "white shit" is also fentanyl.  JEWELL stated that the black lockbox that contained the narcotics belonged to himself and CLARK.

59.     TFO Kasza showed JEWELL a screenshot of himself with a handgun and a rifle taken from when JEWELL was live on Facebook which is listed below.



60.    JEWELL made a comment that the rifle was a .223 caliber rifle.

61.    TFO shows JEWELL a screenshot of himself with a different rifle taken when

JEWELL was live on Facebook which is listed below.



62.     JEWELL stated that the firearm he was holding in the above photo was a 12 gauge.  JEWELL stated the photo was taken inside of his old house on ELLERY DR.  JEWELL stated that the shotgun belongs to the next-door neighbor of his old ELLERY DR. house.  JEWELL stated his neighbors' names were Mark and Anna.  JEWELL stated that Mark and Anna had moved out of their house and do not live there anymore.

63.     TFO Kasza questioned JEWELL about two shootings, one that happened on September 20, 2023, on E. Innis Ave and S. 6th St and one that happened on September 22, 2023, at 319 E. Innis Ave.  TFO Kasza explained to JEWELL that both shootings were believed to been fired by the same .223 rifle.  JEWELL stated that LEDBETTER contacted him right after the incident that happened on September 22, 2023, at 319 E. Innis Ave.  JEWELL stated that LEDBETTER told him that he had just got into a shootout at 319 E. Innis Ave.

64.     TFO Kasza references the search warrant that was executed on November 14, 2023, at Extra Space Storage, unit number 248 (ROI #16).  JEWELL made a statement that the storage unit was not his and the two (2) recovered guns belonged to a male named John.  JEWELL stated he tried to purchase the two (2) firearms from John.  JEWELL stated he handled the two (2) firearms recovered from the storage unit.  JEWELL stated that his DNA would be on the two (2) firearms recovered from the storage unit.  JEWELL stated that after his house got shot up, he tried to purchase the firearms for protection.

65.     JEWELL stated that he purchases his narcotics from a male named Mike NORTH who lives at 870 ALLISON DR.  JEWELL stated that he purchases crack and cocaine from NORTH.

66.     TFO Kasza asked JEWELL the approximate weight of the narcotics recovered from his bedroom.  JEWELL stated, "it's probably a quarter".  TFO Kasza knows through his

training and experience that when JEWELL refers to "a quarter" he is referring to a measurement of weight of his narcotics product. JEWELL stated he is selling narcotics to pay for his cigarettes and food. JEWELL stated he just doesn't sell narcotics to anybody; he just sells to his close people. JEWELL then stated that he supplies narcotics to people to keep them from being sick.

67.   JEWELL made a statement at the end of the interview that the narcotics found in his bedroom "was for personal use".

<u>FIREARM RECOVERY - 4151 ELLERY DR</u>

68.   On December 7, 2023, at approximately 5:30 pm, TFO Kasza, TFO Wright, TFO Orick and TFO Hill followed up on information provided by JEWELL his interview. TFO Kasza was familiar with address 4151 ELLERY DR and knew that JEWELL's blue GMC Yukon, Ohio License Plate JXK1862 was parked in the driveway of this address on October 25, 2023 (ROI #9). TFO Kasza believed that this is the neighbor's house JEWELL stated that contained the 12-gauge shotgun he was seen holding during his Facebook live video.

69.   TFO Kasza and TFO Wright knocked on the front door of 4151 ELLERY DR and were met at the front door by a male named Mark Bailey and two young children. TFO Kasza asked Mr. Bailey if he had known his neighbor who moved out of 4159 ELLERY DR. Mr. Bailey stated "yes". Mr. Bailey stated that a few weeks ago, when JEWELL moved out of 4159 ELLERY DR, he came over to Mr. Bailey's house and asked him to hold onto JEWELL's shotgun for a few days. Mr. Bailey stated he did not want to store JEWELL's firearm but felt like he didn't have a choice. Mr. Bailey stated that JEWELL also stored a vehicle in Mr. Bailey's driveway.

70.     Mr. Bailey stated to TFO Kasza that he wanted JEWELL's shotgun out of his home due to having two children in the home.  Mr. Bailey invited Investigators into his home. Investigators entered 4151 ELLERY DR and stood in the living room with Mr. Bailey and two young children.  TFO Kasza asked Mr. Bailey where JEWELL's shotgun was in his home.  Mr. Bailey stated that he had the firearm locked in hall closet.  TFO Kasza asked Mr. Bailey if he wanted Investigators to take JEWELL's firearm out of his house and Mr. Bailey stated "yes, please".   TFO Kasza walked with Mr. Bailey and Mr. Bailey unlocked his hall closet and allowed TFO Kasza to open the door.  TFO Kasza could see the shotgun leaning against the inside wall of the closet.  Mr. Bailey stated that he had not touched the shotgun since JEWELL brought the firearm to his house.  TFO Kasza recovered the Citadel Boss 25, 12-gauge, SN: 20-77533.  The shotgun had an extended magazine that was loaded with 10 live 12-gauge shotgun rounds.  The weapon identified above is a Francolin International Arms, Model Citadel Boss-25, 12-gauge shotgun, bearing SN: 20-77533 and is a weapon that will expel a projectile by the action of an explosion. The weapon identified above was manufactured in the country of Turkey. The weapon identified above was recovered by law enforcement officers in the State of Ohio.  It is the opinion of SA Benner that this firearm moved in/affected interstate/foreign commerce to arrive in the State of Ohio.

71.     TFO Kasza asked Mr. Bailey if he was storing anything else for JEWELL and he stated "no".  TFO Kasza asked Mr. Bailey if he knew where any other of JEWELL's firearms were and Mr. Bailey stated that JEWELL told him that he had a storage unit.  Mr. Bailey stated that JEWELL had two (2) "Mac-10" firearms that he was storing in his storage unit.  TFO Kasza asked Mr. Bailey how he knew that JEWELL was storing the Mac-10's in his storage unit and Mr. Bailey stated that JEWELL told him.

72.     Based on my training and experience and my knowledge of the investigation, I believe JEWELL currently resides and is located in Columbus, Ohio, in the Southern District of Ohio, Eastern Division.

## CONCLUSION

10.     Based on the foregoing, I believe that there is probable cause to issue a search warrant for a Deoxyribonucleic Acid (DNA) sample from the person of Larry JEWELL, as this DNA sample may constitute evidence of violations of federal firearms laws, to wit, 18 U.S.C. § 922(g)(1), possession of a firearm by a prohibited person. Therefore, I request that the Court allow me and/or other authorized law enforcement officers to take a cotton swab and place it inside the mouth of Larry JEWELL, rubbing the inside of his cheek to obtain cellular material. This method allows officers to obtain saliva, and or topical or oral skin cells, by means of an oral swab. Based on my training and experience, I know that this procedure is quick, painless, and involves minimal intrusion into the body. This warrant also permits authority to execute the search warrant with reasonable force, if necessary.

JEFFREY KASZA
(Affiliate)

Digitally signed by JEFFREY KAS
(Affiliate)
Date: 2024.03.21 14:03:33 -04'00

Jeffrey Kasza, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
&Explosives

Sworn to and subscribed before me this _____21st_____ day of March, 2024.



Elizabeth A. Preston Deavers
**United States Magistrate Judge**

23